```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARLENE ALECIA ANGLIN,                                      :
                                                            :   **ORDER OF DISMISSAL**
                              Plaintiff,                    :
                                                            :   23-CV-8551 (HJR)
         -v-                                                :
                                                            :
MATTHEW RAMSEY DONALDSON,                                   :
*et al.*,                                                   :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 14, 2025, the parties submitted a Stipulation of Settlement stating that this case has been settled. Dkt. No. 35. It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen <u>must</u> be filed <u>within 30 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

Any pending motions are moot. The Clerk is directed to close this case.

1

**SO ORDERED.**

Dated: May 15, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge